1  MCGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-00147-DB |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND FINDINGS AND ORDER |
| v. | |
| CODY CANNON, and CANDICE FREITAS, | DATE: August 21, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |
| Defendants. | |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and defendants, Cody Cannon and Candice Freitas, both individually and by and through their counsels of record, Matthew Bockmon and Michael Hansen, hereby stipulate as follows:

1. The Complaint in this case was filed on August 6, 2018, and the defendants first appeared before a judicial officer of the Court in which the charges in this case were pending on August 7, 2018. The court set a preliminary hearing date of August 21, 2018.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to August 30, 2018, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's collection and production of

1  discovery and continuing investigation of the case. The parties further agree that the interests of justice
2  served by granting this continuance outweigh the best interests of the public and the defendant in a
3  speedy trial. 18 U.S.C. § 3161(h)(7)(A).
4       3.   The parties agree that good cause exists for the extension of time, and that the extension
5  of time would not adversely affect the public interest in the prompt disposition of criminal cases.
6  Therefore, the parties request that the time between August 21, 2018, and August 30, 2018, be excluded
7  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.
8       IT IS SO STIPULATED.

Dated:  August 9, 2018                    McGREGOR W. SCOTT
                                          United States Attorney


                                          /s/ ROBERT J. ARTUZ
                                          ROBERT J. ARTUZ
                                          Special Assistant U.S. Attorney


Dated:  August 9, 2018                    /s/ MICHAEL HANSEN
                                          MICHAEL HANSEN
                                          Counsel for Defendant
                                          Cody Cannon


Dated:  August 9, 2018                    /s/ MATTHEW BOCKMON
                                          MATTHEW BOCKMON
                                          Counsel for Defendant
                                          Candice Freitas

FINDINGS AND ORDER                          2

**FINDINGS AND ORDER**

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on August 8, 2018. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.'

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to August 30, 2018, at 2:00 p.m.
2. The time between August 21, 2018, and August 30, 2018, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).
3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: AUGUST 10, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE